# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

JAN 10 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America )<br>vs. )<br>Cristian Barrajas-Magallon )<br>) | Case No. 1:13-CR-00053-AWI-BAM |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Cristian Barrajas-Magallon__, have discussed with __Dan Stark__, Pretrial Services Officer, modifications of my release conditions as follows:

To vacate the condition of release placing the defendant on the location monitoring program (curfew component).

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  1/7/14            _____  01/07/2014
Signature of Defendant       Date              Pretrial Services Officer     Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                     1-10-14
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                     1/7/14
Signature of Defense Counsel                  Date

**ORDER OF THE COURT**

☒ The above modification of conditions of release is ordered, to be effective on 1/10/14
☐ The above modification of conditions of release is *not* ordered.

_____                     1/10/14
Signature of Judicial Officer                 Date

cc: * U.S. Attorney's Office, Defense Counsel, Pretrial Services