HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CRISTIAN BARRAJAS-MAGALLON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CRISTIAN BARRAJAS-MAGALLON,<br><br>    Defendant. | Case No.  1:13-cr-00053-AWI-BAM-2<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable ANTHONY W. ISHII |

    Defendant, CRISTIAN BARRAJAS-MAGALLON, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

    1.    Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

    2.    On January 13, 2014, this Court sentenced Mr. Barrajas-Magallon to a term of 70 months imprisonment;

    3.    His total offense level was 27, his criminal history category was I, and the resulting guideline range was 70 to 87 months;

4. The sentencing range applicable to Mr. Barrajas-Magallon was subsequently lowered by the Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Barrajas-Magallon's total offense level has been reduced from 27 to 26, and his amended guideline range is 63 to 78 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Barrajas-Magallon's term of imprisonment to 63 months.

Respectfully submitted,

Dated: December 4, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: December 4, 2015

HEATHER E. WILLIAMS
Federal Defender

/s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
CRISTIAN BARRAJAS-MAGALLON

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Barrajas-Magallon is entitled to the benefit of Amendment 782, which reduces the total offense level from 27 to 26, resulting in an amended guideline range of 63 to 78 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in January 2014 is reduced to a term of 63 months.  In no event is this Order to be understood as authorizing a term of imprisonment less than the term actually served as of the date of this order.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Barrajas-Magallon shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   December 4, 2015                             _____
                                                     SENIOR DISTRICT JUDGE