AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:13-cr-00053-AWI-BAM   Document 67   Filed 12/07/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America )
v. )
CRISTIAN BARRAJAS-MAGALLON )   Case No: 1:13CR00053-002
)   USM No: 69829-097
Date of Original Judgment: 01/13/2014 )
Date of Previous Amended Judgment: )   Hannah Rose Labaree, FD
*(Use Date of Last Amended Judgment if Any)*   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 70 months **is reduced to** 63 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 01/24/2014 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 12/07/2015                          /s/ ANTHONY W. ISHII
                                                *Judge's signature*

Effective Date: _____                     Senior United States District Judge Anthony W. Ishii
*(if different from order date)*                 *Printed name and title*