Carolyn D. Phillips, #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California 93755-5722
Telephone: (559)248-9833
Facsimile: (559) 248-9820
Attorney for Defendant CRISTIAN BARRAJAS-MAGALLON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cr-53 AWI |
| *Plaintiff*, | ORDER FOR IMMEDIATE RELEASE FROM DETENTION |
| v. | |
| CRISTIAN BARRAJAS-MAGALLON, | |
| *Defendant*. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE SHEILA K. OBERTO AND LAURA JEAN BERGER, ASSISTANT UNITED STATES ATTORNEY:

Pursuant to the Court Order of February 8, 2021, the defendant CRISTIAN BARRAJAS-MAGALLON, is to be immediately released from custody in the Fresno County Jail, pending the resolution of the matter currently pending before this court, violation of the terms and conditions of supervised released, and to appear for hearing February 17, 2021, at 2 p.m.

IT IS SO ORDERED.

Dated: **February 9, 2021**         /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

1